# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 7, 2024

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re:  Credit Bureau Center, LLC, et al.
           v. Federal Trade Commission
           No. 23-853
           (Your No. 21-2945)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 1, 2024 and placed on the docket February 7, 2024 as No. 23-853.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst